IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ELLIOTT EUGENE ROLLINGS-PLEASANT,**<br><br>Plaintiff,<br><br>v.<br><br>**DEUEL VOCATIONAL INS., et al.,**<br><br>Defendants. | 2:03-cv-0228 MCE PAN P<br><br>~~**PROPOSED**~~ **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

Good cause appearing, Defendants Valenzuela and Quesada are granted a 30-day extension of time to respond to Plaintiff's First Request for Admissions. Defendants Valenzuela's and Quesada's Responses to Plaintiff's First Request for Admissions shall be due on or before May 29, 2006.

Dated: May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defs. Valenzuela's and Quesada's 1st Req. for an Ext. of Time to Respond to Discovery

1