IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ELLIOTT EUGENE ROLLINGS-PLEASANT,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DEUEL VOCATIONAL INS., et al.,**<br><br>　　　　　　　　　　Defendants. | 2:03-CV-0228 MCE PAN (JFM) P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

　　　　Good cause appearing, Defendants Cox and Hernandez are granted a 20-day extension of time to respond to Plaintiff's First Request for Admissions. Defendant Cox and Hernandez's Responses to Plaintiff's First Request for Admissions shall be due on or before June 21, 2006.

Dated: June 14, 2006.

　　　　　　　　　　　　　　　　　　　／s／ John F. Moulds
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12
roll0228.ext

[Proposed] Order Granting Defendant Cox and Hernandez's 1st Req. for an Ext. of Time to Respond to Discovery

1