IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT EUGENE ROLLINGS-PLEASANT,

        Plaintiff,                      No. CIV S-03-0228 MCE EFB P

    vs.

DEUEL VOCATIONAL INST., et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.  Pursuant to the February 21, 2006, schedule, plaintiff has until November 13, 2006, to file and serve a pretrial statement, defendants have until November 24, 2006, to file and serve a pretrial statement, pretrial conference is set for December 1, 2006, and trial is set for February 21, 2007.

        Defendants' motion for summary judgment is pending.

        Accordingly, IT HEREBY IS ORDERED that defendants' August 14, 2006, request to vacate the schedule is granted in part and the above dates are vacated.

DATED: August 29, 2006.

\004\roll0228.ord to vac sched

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE