IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT EUGENE ROLLINGS-PLEASANT,

       Plaintiff,                  No. CIV S-03-0228 MCE EFB P

   vs.

DEUEL VOCATIONAL INS., et al.,

       Defendants.             <u>ORDER</u>

                              /

Plaintiff requests an extension of time to file an opposition to defendants' motion for summary judgment. *Se*e Fed. R. Civ. P. 6(b).

Plaintiff's September 11, 2006, request is granted and plaintiff has 30 days from the date this order is served to file an opposition to defendants' motion for summary judgment.

So ordered.

Dated: September 14, 2006.

\roll0228.grnt plntf eot

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE