IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT EUGENE ROLLINGS,

      Plaintiff,                      No. CIV S-03-0228 MCE EFB P

      vs.

DEUEL VOCATIONAL INST., et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests a second extension of time to file and serve an opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's October 16, 2006, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' motion for summary judgment.

      So ordered.

Dated: November 15, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE