IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT EUGENE ROLLINGS,

        Plaintiff,                      No. CIV S-03-0228 MCE EFB P

     vs.

DEUEL VOCATIONAL INS., et al.,

        Defendants.              <u>ORDER</u>

_____/

     Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made February, 21, 2006, plaintiff had until November 13, 2006, to file a pretrial statement, defendants had until November 24, 2006, to file a pretrial statement, pretrial conference was set for December 1, 2006, and trial is set for February 21, 2007.

     Defendants' motion for summary judgment is pending. Therefore, regardless of the parties' diligence, they cannot comply with the schedule.

     Accordingly, the above dates are vacated. *See* Fed. R. Civ. P. 16(b).

     So ordered.

Dated: November 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE