IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT EUGENE ROLLINGS-PLEASANT,

        Plaintiff,                    No. CIV S-03-0228 MCE EFB P

    vs.

DEUEL VOCATIONAL INS., et al.,

        Defendants.              ORDER

                              /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve objections to the July 27, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's August 6, 2007, motion is granted and plaintiff shall file and serve his objections to the findings and recommendations within 20 days of the date of this order.

       So ordered.

DATED: August 20, 2007.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE