IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIOT EUGENE ROLLINGS-PLEASANT,

       Plaintiff,                   No. CIV S-03-0228 MCE EFB P

    vs.

DEUEL VOCATIONAL INS., et al.,

       Defendants.              ORDER

_____/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. Plaintiff has requested a second extension of time to file and serve objections to the July 27, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

Plaintiff's September 10, 2007, request is granted and plaintiff shall file and serve objections to the July 27, 2007 findings and recommendations on or before September 27, 2007. The court does not intend to grant additional requests for extensions of time.

So ordered.

DATED: September 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE